# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CRUMP INSURANCE SERVICES, INC.**                                        **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 4:09cv133 HTW-LRA**

**PAOLI MANAGEMENT GROUP, INC., INC.**
**D/B/A CAPITAL RISK INSURANCE**                                    **DEFENDANT**

## FINAL JUDGMENT

THIS MATTER COMES before the Court for hearing upon Order Granting Motion for Default Judgment, dated April 28, 2010, in favor of Plaintiff Crump Insurance Services, Inc. against Defendant Paoli Management Group, Inc. d/b/a Capital Risk Insurance ("Paoli Management Group, Inc.") pursuant to Federal Rule of Civil Procedure 55(b). *See* Doc. 10. The Court having heard the arguments of counsel and reviewed the evidence presented by the Plaintiff, it is therefore

ORDERED AND ADJUDGED that this Final Judgment is hereby entered in favor of Crump Insurance Services, Inc. against Paoli Management Group, Inc. in the amount of $62,492.35, attorney's fees and expenses in the amount of $4,056.40, for a total judgment of $66,548.75, plus post-judgment interest accruing at the statutory rate of .35% (.35 percent) per annum until such judgment is paid in full, with costs to be taxed to the Defendant.

SO ORDERED and ADJUDGED, this the 25th day of May, 2010.

                                                  s/ HENRY T. WINGATE
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

Submitted By:

/s/ Christopher W. Espy
Christopher W. Espy (MB #102424)
James B. Galloway (MB#4382)
Butler, Snow, O'Mara, Stevens & Cannada
1020 Highland Colony Parkway, Suite 1400 (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 985-4521
Facsimile:   (601) 985-4500

Attorneys for Crump Insurance Services, Inc.

Jackson 4582308v1

Civil Action No. 4:09-cv-133 HTW-LRA
Final Judgment